No. 03–10367. GOMEZ-VALDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10368. GAINES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10370. BEARD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–10374. DELGADO-ROMERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10377. FLORENCE v. GALLEGOS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–10380. HUPP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10386. GIBSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10388. HICKMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10392. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10417. MCDONNELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10421. LONGORIA-CONTRERAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–1147. ROEDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. v. ISLAMIC REPUBLIC OF IRAN ET AL. C. A. D. C. Cir. Motion of George Allen et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.